IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOONER PIPE, L.L.C., | § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 4:18-cv-04550 |
| LO TRANSPORT, INC.; THE KEETON COMPANIES, INC.; AND TOP THREADING SERVICES, INC., | § § § § § | |
| Defendants. | § | |

**ORDER GRANTING SOONER PIPE, L.L.C.'S MOTION TO TRANSFER CASE AND ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS**

On this day the Court considered the Motion to Transfer Case ("Motion") filed by Plaintiff Sooner Pipe, L.L.C. ("Sooner"). The Court, having considered the Motion, any response thereto, the arguments of counsel, and the evidence on file, finds that the Motion is meritorious and should be and is hereby GRANTED. It is therefore,

ORDERED that Sooner's Motion is GRANTED in its entirety. It is further,

ORDERED that this case shall immediately be transferred to the United States District Court for the Western District of Texas, San Antonio Division.

It is so ORDERED.

JAN 1 4 2018
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge